```
                                        UNITED STATES
                                        DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION
```

United States of America,              Criminal No. 1:00CR00066DCB

        Plaintiff,

        v.

Elizabeth Darlene Morris,

        Defendant,

        and

Northrop Grumman Information Technology, Inc.,

        Garnishee.

### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on <u>September 14, 2006</u>, stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

On <u>August 23, 2006</u>, the defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

2

IT IS ORDERED that Garnishee withhold twenty five percent (25%) of defendant's disposable earnings and forward said payments to plaintiff until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

ORDERED this 19th day of September, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE