IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | **CRIMINAL NO. 1:00cr66DCB-001** |
| **ELIZABETH DARLENE MORRIS** | **DEFENDANT** |
| **COMPUTER SCIENCES CORPORATION** | **GARNISHEE** |

## ORDER QUASHING GARNISHMENT

This cause is before the court on a Motion (Doc. #28) filed by the Plaintiff, United States, to quash the Writ of Garnishment issued by the Clerk June 24, 2013 (Doc. #24), on the grounds that the Defendant is no longer employed with Garnishee, Computer Sciences Corporation.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on June 24, 2013, be and it is hereby quashed, and the garnishee, Computer Sciences Corporation is hereby dismissed.

ORDERED AND ADJUDGED this <u>3rd</u>   day of <u>March</u>, 2015.

 <u>s/David Bramlette</u>
 JUDGE DAVID C.   BRAMLETTE, III
 UNITED STATES DISTRICT JUDGE